IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO TAYLOR,

    Plaintiff,                        No. CIV S-05-0737 FCD GGH P

    vs.

JIMMY DALE FRITTS, et al.,

    Defendants.             ORDER

_____/

    Plaintiff has requested an extension of time to file an in forma pauperis application pursuant to the court's order of May 23, 2005. Good cause appearing, this request is granted. Plaintiff has also requested another in forma pauperis application.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's June 2, 2005 request for an extension of time is granted; plaintiff is granted thirty days from the date of this order in which to file and in forma pauperis application;

    2. The Clerk of the Court is directed to send plaintiff the form for an in forma pauperis application by a prisoner.

DATED: 6/10/05

    /s/ Gregory G. Hollows

    GREGORY G. HOLLOWS
    UNITED STATES MAGISTRATE JUDGE

GGH:bb
tayl0737.36