IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO TAYLOR,

        Plaintiff,             No. CIV S-05-0737 FCD GGH P

    vs.

JIMMY DALE FRITTS, et al.,

        Defendants.      <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file objections to the October 13, 2005 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's October 27, 2005 request for an extension of time is granted; and

        2.  Plaintiff is granted thirty days from the date of this order in which to file objections to the findings and recommendations.

DATED:   11/7/05

                      /s/ Gregory G. Hollows

                      _____
                      GREGORY G. HOLLOWS
                      UNITED STATES MAGISTRATE JUDGE

GGH:mp
tayl0737.36(2)